FILED
CLERK, U.S. DISTRICT COURT
MAR 2 9 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW MARSH AND ROLANDO SANCHEZ, PLAINTIFF(S) v. COUNTY OF LOS ANGELES, et al., DEFENDANT(S). | CASE NUMBER CV 05-3395-PJW |
| | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable Patrick J. Walsh, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Andrew Marsh and Rolando Sanchez

take nothing and that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: 3/29/2010

By [signature]
Patrick J. Walsh, United States Magistrate Judge

At: 10:45 A.M.

cc: Counsel of record